UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME HEALTHCARE SERVICES — SHASTA, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SYLVIA MATHEWS BURWELL,<br><br>　　　　　Defendant. | No. 2:14-cv-2791-TLN-KJN |
| PRIME HEALTHCARE SERVICES — SHASTA, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SYLVIA MATHEWS BURWELL,<br><br>　　　　　Defendant. | No. 2:15-cv-0154-TLN-KJN |
| PRIME HEALTHCARE SERVICES — SHASTA, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SYLVIA MATHEWS BURWELL,<br><br>　　　　　Defendant. | No. 2:15-cv-0324-TLN-KJN |

| | | |
|---|---|---|
| 1 | | |
| 2 | PRIME HEALTHCARE SERVICES — SHASTA, LLC, | No. 2:15-cv-0400-TLN-KJN |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | SYLVIA MATHEWS BURWELL, | |
| 6 | Defendant. | |
| 7 | | |
| 8 | PRIME HEALTHCARE SERVICES — SHASTA, LLC, | No. 2:15-cv-0450-TLN-KJN |
| 9 | Plaintiff, | |
| 10 | v. | |
| 11 | SYLVIA MATHEWS BURWELL, | |
| 12 | Defendant. | |
| 13 | | |
| 14 | PRIME HEALTHCARE SERVICES — SHASTA, LLC, | No. 2:15-cv-0473-TLN-KJN |
| 15 | Plaintiff, | |
| 16 | v. | |
| 17 | SYLVIA MATHEWS BURWELL, | |
| 18 | Defendant. | |
| 19 | | |
| 20 | PRIME HEALTHCARE SERVICES — SHASTA, LLC, | No. 2:15-cv-0474-TLN-KJN |
| 21 | Plaintiff, | |
| 22 | v. | |
| 23 | SYLVIA MATHEWS BURWELL, | |
| 24 | Defendant. | |

| | | |
|---|---|---|
| PRIME HEALTHCARE SERVICES — SHASTA, LLC, | | No. 2:15-cv-0709-TLN-KJN |
| Plaintiff, | | |
| v. | | |
| SYLVIA MATHEWS BURWELL, | | |
| Defendant. | | |
| PRIME HEALTHCARE SERVICES — SHASTA, LLC, | | No. 2:15-cv-1120-TLN-KJN |
| Plaintiff, | | |
| v. | | ORDER |
| SYLVIA MATHEWS BURWELL, | | |
| Defendant. | | |

Plaintiff Prime Healthcare, LLC ("plaintiff") filed these actions against Sylvia Mathew Burwell, in her official capacity as Secretary of the Department of Health and Human Services ("defendant" or "Secretary"). In these actions, plaintiff seeks judicial review of decisions by the Secretary, acting through the Medicare Appeals Council ("MAC"), to dismiss plaintiff's requests for review of unfavorable decisions concerning its claims for reimbursement for emergency medical services it allegedly provided to Medicare beneficiaries prior to the time it had a Medicare provider's agreement in place.

On May 9, 2017, the undersigned filed findings and recommendations (2:14-cv-2791-TLN-KJN, ECF No. 52), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On May 23, 2017, plaintiff and defendant each filed objections to the findings and recommendations (Id., ECF Nos. 53, 54). In light of the objections, the court deems it appropriate to grant the plaintiff leave to amend. At this time, the court vacates the findings and recommendations and takes no position on the merits of any potential amendment.[1] Defendants may file responsive

---
[1] However, to the extent that plaintiff intends to challenge the Secretary's policies and/or

motions as appropriate.

Therefore, IT IS HEREBY ORDERED that:

1. The May 9, 2017 findings and recommendations filed in each of these actions are vacated.
2. Defendant's motion to dismiss filed in each of these actions is GRANTED.
3. These actions are DISMISSED, but plaintiff is granted 30 days leave to amend.

IT IS SO ORDERED.

Dated: July 17, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

regulations, plaintiff might consider amending a complaint in one action (and voluntarily dismissing the others) or bringing a motion to consolidate all of the pending actions.

4